TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
LLOYD MASSON (Cal. Bar No. 270182)
Assistant United States Attorney
General Crimes Section
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0282
Facsimile: (213) 894-0141
E-mail: lloyd.masson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN ENRIQUE PALUCHA,<br><br>Defendant. | No. 2:26-cr-00351-AB<br><br>MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE PURSUANT TO RULE 48(a) |

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California, and Assistant United States Attorney Lloyd Masson, hereby moves to dismiss its indictment against defendant JONATHAN ENRIQUE PALUCHA without prejudice.

The government’s request for dismissal is made in good faith

and in the interest of justice. The law "generally require[s] a district court to defer to the government's decision to seek a dismissal of a criminal charge." United States v. Gonzalez, 58 F.3d 459, 462 (9th Cir. 1995).

Accordingly, the government requests that the Court grant this motion to dismiss the indictment without prejudice[1] against defendant pursuant to Federal Rule of Criminal Procedure 48(a). The government further requests that defendant's bond be exonerated, and that any terms and conditions of pretrial release be terminated.

Dated: September 18, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
Acting United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

/s/
LLOYD MASSON
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

[1] On September 18, 2026, defense counsel informed the government that he does not object to dismissal generally, but it is his position that dismissal should be with prejudice, rather than without prejudice.